SCPW-20-0000390

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TEKOA IKAIKA DENOMIE, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 1PC091001448)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
AND MOTION FOR SUMMARY JUDGMENT
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
and Circuit Judge Watanabe, assigned by reason of vacancy,
with Wilson, J., concurring)

Upon consideration of petitioner Tekoa Ikaika Denomie's petition for writ of habeas corpus, filed on September 2, 2020, the motion for summary judgment, filed on September 11, 2020, the respective supporting documents, and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek the requested relief. See Oili v. Chang, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus and motion for summary judgment are denied.

DATED: Honolulu, Hawaiʻi, September 30, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Kathleen N.A. Watanabe



<u>CONCURRENCE</u>
(By: Wilson, J.)

For the reasons stated in my concurrence order in <u>Sandry v. State</u>, SCPW-20-0000405, filed on June 24, 2020, I concur.

/s/ Michael D. Wilson